# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3222
_____

TATIANA TSOI,

   Appellant,

   v.

BRANDON BERTRAND,

   Appellee.


_____


On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

November 19, 2025


PER CURIAM.

   AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tatiana Tsoi, pro se, Appellant.

Brandon Bertrand, pro se, Appellee.